UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-08-81623  C-13D |
| Anthony D. Green | ) | |
| Mary P. Green | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MODIFICATION OF PLAN**

On September 17, 2009, a hearing was held on Motion by the Debtors to modify their Chapter 13 plan pursuant to 11 U.S.C. §1329. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that there is sufficient evidence of a substantial change in the Debtors' circumstances and that the modification complies with the provisions of 11 U.S.C. §1325; therefore, it is ORDERED:

1. The Motion by the Debtors pursuant to 11 U.S.C. §1329 is granted.

2. The Debtors' plan payments are scheduled at $4,375.00 per month beginning October, 2009, and shall continue until all secured and priority claims are paid in full and the applicable commitment period is satisfied.

3. Any default in payments prior to October, 2009, under the plan is waived and the plan shall be extended to the term necessary to pay the delinquent amount.

4. The Debtors shall pay to general unsecured creditors in this case disposable income of $19,680.00 which would yield an estimated 42% dividend.

**PARTIES IN INTEREST**
Page 1 of 1
08-81623 C-13D


**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**