C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:            )         No. B-08-81623  C-13D
Anthony D. Green             )
Mary P. Green                )
                             )
    Debtor           )

## ORDER

    This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to amend Claim No. 3 in favor of CitiMortgage, Inc., and there being no filed objection to the Motion within the time period set forth in the Notice issued on September 30, 2009, by the Clerk of Court setting October 30, 2009, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

    ORDERED that CitiMortgage, Inc. shall be paid at the rate of $774.77 per month effective November, 2009.

# PARTIES IN INTEREST
## Page 1 of 1
## 08-81623 C-13D

Anthony D. Green
Mary P. Green
7 Red Sage Ct.
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438